THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM W. HOYER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, ren-

dered October 27, 1925, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Leo H. Klugherz, Leonard A. Snitkin* and *Jacob Lasker* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.